**DISMISS and Opinion Filed July 17, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00867-CV

**WATTS REGULATOR CO., Appellant**
**V.**
**TEXAS FARMERS INSURANCE COMPANY**
**AS SUBROGEE OF DAVID BRAMBLETT, Appellee**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-15020**

## MEMORANDUM OPINION
Before Justices Francis, Brown, and Schenck
Opinion by Justice Francis

We reinstate this appeal.

Before the Court is the parties' joint motion to dismiss. The parties have settled their dispute and ask that the appeal be dismissed with each party bearing its own costs. We grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

160867F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

WATTS REGULATOR CO., Appellant

No. 05-16-00867-CV        V.

TEXAS FARMERS INSURANCE
COMPANY AS SUBROGEE OF
DAVID BRAMBLETT, Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-15020.
Opinion delivered by Justice Francis.
Justices Brown and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.


Judgment entered July 17, 2017.